Brown, deceased, are given thirty days after entry and service of the order to be entered hereon in which to secure substitution. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of KNAPP AND FRENCH, INC.—Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM J. HAMMER v. INDEPENDENT LAMP AND WIRE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling,· Smith and Page, JJ.

SAMUEL CRAUSMAN v. GEORGE G. GRAHAM CONSTRUCTION COMPANY. — Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

DOTEN-DUNTON DESK COMPANY v. WILLIAM S. DRIVER — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HARRY ASHER and Another v. EMANUEL COHEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

FREDERICK KRONISH and Another v. NATHAN SCHULMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

FREDERICK KRONISH and Another v. NATHAN SCHULMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

A. CAMPAGNA CONSTRUCTION COMPANY v. ARTHUR H. WOODS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HENNIE HIRSHON v. MT. AIRY REALTY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LEO LOWRY v. HARDMAN, PECK & COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ELY J. RIESER, etc., v. L. PRAGER, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

NATHAN RUCK v. GIMBEL BROTHERS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

SAMUEL MARCUS v. GIMBEL BROTHERS.— Application denied. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ABRAHAM KRISCHANSKY v. GIMBEL BROTHERS.— Application denied. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

RUCK v. GIMBEL. MARCUS v. GIMBEL. KRISCHANSKY v. GIMBEL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.